**Motion Denied; Order filed March 28, 2013**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-00673-CV

_____

### IN THE INTEREST OF K.G.S. AND T.W.S., CHILDREN

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-01569A**

## O R D E R

The clerk's record was filed August 2, 2012. Supplemental clerk's records were filed on September 7, 2012, September 10, 2012, November 1, 2012, and December 5, 2012. In addition, nine volumes of reporter's record have been filed in this appeal.

On March 22, 2013, appellant filed a motion asking this court to order the Harris County District Clerk to file a supplemental clerk's record containing the Order of Severance. The supplemental clerk's record filed December 5, 2012, contains the Order of Severance. In addition, appellant asks that the record in this appeal include the documents and reporter's record filed in the main cause number.

It appears that the records in this appeal already include the requested records from the main case. Accordingly, we **DENY** appellant's motion.

PER CURIAM